11-29-2015

RECEIVED IN
COURT OF CRIMINAL APPEA S

DEC 0 2 2015

Abel Acosta, Clerk

COA No. 05-13-01687-CR
PD-0307-15
Tr. Ct. 02-13-340

Dear: Abel Acosta, Clerk and Judges

I am wrighting you to let you know that I have been moved. My new address is. Byrd Unit House C15-15T
21 Fm 247
Huntsville, Tx, 77320

I received your letter that was wrote on October 21, 2015. I sent a letter with in 15 working days to the court making a motion for hearing, an appeal or something. I hope this was enough. I do not have a attourney. I spent over 20,000 dollars, over the last 7 years on fraud cases like this one and ran out of money.

I am not guilty please help, the lower courts don't seem to pay any attention to me. I now have been locked up for 2 years. There is not a centin's of evidence against me. My rights have been violated. The U.S. constitution says that you must have evidence against someone to convict and they have none. "The state that is"

I would like to bring to your attention what the city of Rockwall and Rockwall County, has done to me. In 2008 they charged me with assault by contact.

A man attacted me from behind, I pushed him off of me in self defense. That case was dismissed. In 2009 they charged me again with assault by contact. (citation #75996) I was convicted, I appealed, my attourney sapinad the vidio tape from Wal-mart. The vidio tape clearly showed me shaking hands with the girl I supposidly assaulted. She refused to testify and the case was dismissed. I tried to sue Wal-mart for making up this assault charge and recover my damages. The Rockwall County court under Brett Hall vilated my right to sue. Just like he vilated my right to a court appointed attourney in this case. And my right to a fair impartial trial was violated. And I was convicted with no evidence.

About me, I graduated from Rockwall high school in 1985. I went to collage, graduated. I worked for 30 years became a General Manager, and then started my own business. My dad was in the U.S. Army 1955 to 1962. He would fight for our freedom. Will someone please fight for mine.

PS; Please wright back!

Thank you

James D. Harm